UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:16cv00904 (WOB-SKB)

CHARLES GRANT                                            PETITIONER

VS.                           JUDGMENT

WARDEN, MARION CORRECTIONAL
INSTITUTION                                              RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 14) by the United States Magistrate Judge on August 8, 2017 and no objections have been filed thereto.

**IT IS ORDERED** that the Report and Recommendation (Doc. 14) be, and is hereby, **ADOPTED**. That respondent's motion to dismiss (Doc. 5) be, and hereby is, **GRANTED** and the that the petition for writ of habeas corpus pursuant to 28 U.S. C. § 2254 (Doc. 1) is **DISMISSED** without prejudice. A certificate of appealabilty shall not issue.

This 21th of September, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge